e-FILING

OA 91 Criminal Complaint

# United States District Court

FILED
2008 MAY 30 PM 2:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.
MARIA CARMEN BARRIENTOS-REYES

CRIMINAL COMPLAINT

Case Number: 08-70312 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about April 21, 2006 in Santa Clara County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)
knowingly fail to surrender for service of a sentence

in violation of Title 18 United States Code, Section(s) 3146(2)

Penalties: Two years imprisonment
$250,000 fine
Up to one year supervised release
$100 special assessment fee

I further state that I am a(n) Deputy Marshal, U.S. Marshal's Service and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: OK JMN 5/30/08
Jeff Nedrow
AUSA

TIM SHOBAR /TL/
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

5/30/08
Date

at San Jose, California
City and State

PATRICIA V. TRUMBULL, U.S.M.J.
Name & Title of Judicial Officer

Patricia V. Trumbull
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Timothy B. Shobar, first being duly sworn, depose and state:

1. This affidavit is submitted in support of a request for the issuance of a complaint for Maria Carmen Barrientos-Reyes, a person who knowingly failed to surrender for service of sentence pursuant to a court order, in violation of 18 U.S.C. 3146(2). As described below, there is probable cause to believe that Ms. Barrientos-Reyes knowingly failed to surrender for service of a sentence imposed by the Hon. James Ware on April 19, 2006.

2. I am a Deputy United States Marshal in the United States Marshals Service and have been so employed for five years. I am empowered to investigate and make arrests for violations of Title 18 U.S.C. § 3146(a)(2), failure to surrender for service of sentence.

3. I have in my possession records and memorandums regarding Ms. Barrientos-Reyes' conduct in this case orders. Based upon my review of those records, and my discussions with other persons who have personal knowledge of Ms. Barrientos-Reyes' conduct, I know the following:

    A. On April 17, 2006, Maria Carmen Barrientos-Reyes was sentenced to the custody of the United States Bureau of Prisons for a period of three months by the Hon. James Ware for a violation of the terms of her supervised release pursuant to Title 18, United States Code, Section 3583.

    B. On April 19, 2006, James Ware signed an Order for Voluntary Surrender directing Barrientos-Reyes to report to the institution designated by the Bureau of Prisons or to the United States Marshal before 9:00am on April 21, 2006.

    C. On April 21, 2006, Barrientos-Reyes did not surrender to the United States Bureau of Prisons or the United States Marshal as directed for service of her sentence.

    D. On February 16, 2007, Barrientos-Reyes was designated to the United States Federal Correctional Institution in Dublin, CA. Her late designation was due to a local arrest that occurred on May 04, 2006. This late designation allowed for Barrientos-Reyes to serve the time on local charges before being transferred into Federal custody.

    E. In an interview with United States Probation Officer Sonia Lapizco on October 10, 2007, I learned that Barrientos-Reyes contacted Ms. Lapizco on May 01, 2006, and advised that she had not self-surrendered as directed. Ms. Barrientos-Reyes did not offer any reasonable explanation for her failure to surrender for her sentence as directed by Judge Ware.

    F. Through a search of local and state databases it was discovered that Barrientos-Reyes was not in custody through April 21, 2006. Based on my review of the records and my discussions with Ms. Lapizco, I believe that Barrientos-Reyes was fully capable of surrendering voluntarily and that she knowingly failed to do so.

4. Based on the foregoing, there is probable cause to believe that Barrientos-Reyes violated Title 18, USC Section 3146 (a) (2) when she did not surrender as required and directed to her designated Bureau of Prisons Facility or the United States Marshal on or before April 21, 2006 as directed by the Court.

                                                          Timothy B. Shobar
                                                          Deputy Marshal
                                                          U.S. Marshal's Service

Subscribed and sworn to me this ___ day of May, 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE